1 | CRAIG M. MURPHY, ESQ.
Nevada Bar No. 4014
2 | RICHARD S. JOHNSON, ESQ.
Nevada Bar No. 6361
3 | MURPHY & MURPHY LAW OFFICES
10191 Park Run Drive, #100
4 | Las Vegas, NV  89145
(702) 369-9696 Telephone
5 | (702) 369-9630 Facsimile
Attorneys for Plaintiffs
6

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF NEVADA

9 | WILMA HERRERA, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; WILMA HERRERA, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; CAROLINA SALVADOR, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; and EDGARDO SOLIMAN, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased, The Estate of JOVITA SALVADOR,

Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a Kentucky Corporation and TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC., a Kentucky Corporation, DOE CORPORATIONS I through V, and ROE ENTITIES VI through X,

Defendants.

) Case No.: 10-CV-00924-JCM-RJJ

) **SUBSTITUTION OF ATTORNEYS**

1

## SUBSTITUTION OF ATTORNEYS

Plaintiffs, WILMA HERRERA, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; WILMA HERRERA, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; CAROLINA SALVADOR, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; and EDGARDO SOLIMAN, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased, The Estate of JOVITA SALVADOR, hereby substitutes:

Craig Murphy, Esq.
Richard S. Johnson, Esq.
Murphy & Murphy Law Offices
10191 Park Run Drive, #100
Las Vegas, NV 89145
(702) 369-9696

as attorney of record in place and stead of:

Cory R. Eichelberger, Esq.
LEWIS & ASSOCIATES, LLC
500 South Rancho Drive, Suite 7
Las Vegas, NV 89106

DATED: 8/14/11

WILMA HERRERA, as Special Co-Administrator of the Estate of JOVITA SALVADOR

DATED: 8/14/11

WILMA HERRERA, individually and as an heir of the Estate of JOVITA SALVADOR

DATED: 8/14/11

SYLVIA GAUSCH, as Special Co-Administrator of the Estate of JOVITA SALVADOR

2

DATED: 8/14/10

_____
CAROLINA SALVADOR, individually and as an heir of the Estate of JOVITA SALVADOR

DATED: 8/14/10

_____
SYLVIA GAUSCH, individually and as an heir of the Estate of JOVITA SALVADOR

DATED: 8/14/10

_____
EDGARDO SOLIMAN, individually and as an heir of the Estate of JOVITA SALVADOR

I consent to the above substitution:

DATED: 11/21/11

_____
CORY R. EICHELBERGER, ESQ.

I am duly admitted to practice in this District. Above substitution accepted.

DATED: 8/13/10

_____
RICHARD S. JOHNSON, ESQ.
Murphy & Murphy Law Offices

Please check one: ✓ RETAINED, or ____ APPOINTED BY THE COURT

APPROVED:

DATED: Nov. 30, 2011

_____
~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Murphy & Murphy Law Offices
10191 Park Run Drive, #100
Las Vegas, Nevada 89145
Telephone (702) 369-9696
Facsimile (702) 369-9630

3