1  CRAIG M. MURPHY, ESQ.
   Nevada Bar No. 4014
2  RICHARD S. JOHNSON, ESQ.
   Nevada Bar No. 6361
3  MURPHY & MURPHY LAW OFFICES
   10191 Park Run Drive, #100
4  Las Vegas, NV  89145
   (702) 369-9696 Telephone
5  (702) 369-9630 Facsimile
   Attorneys for Plaintiffs
6

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

| | |
|---|---|
| WILMA HERRERA, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; WILMA HERRERA, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; CAROLINA SALVADOR, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; and EDGARDO SOLIMAN, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased, The Estate of JOVITA SALVADOR,<br><br>Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California Corporation; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., a Kentucky Corporation and TOYOTA MOTOR MANUFACTURING, KENTUCKY, INC., a Kentucky Corporation, DOE CORPORATIONS I through V, and ROE ENTITIES VI through X,<br><br>Defendants. | Case No.: 10-CV-00924-JCM-RJJ<br><br>**SUBSTITUTION OF ATTORNEYS** |

Murphy & Murphy Law Offices
10191 Park Run Drive, #100
Las Vegas, Nevada 89145
Telephone (702) 369-9696
Facsimile (702) 369-9630

1

## SUBSTITUTION OF ATTORNEYS

Plaintiffs, WILMA HERRERA, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, as Special Co-Administrator of the Estate of JOVITA SALVADOR, Deceased; WILMA HERRERA, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; CAROLINA SALVADOR, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; SYLVIA GAUSCH, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased; and EDGARDO SOLIMAN, individually and as an heir of the Estate of JOVITA SALVADOR, Deceased, The Estate of JOVITA SALVADOR, hereby substitutes:

Craig Murphy, Esq.
Richard S. Johnson, Esq.
Murphy & Murphy Law Offices
10191 Park Run Drive, #100
Las Vegas, NV 89145
(702) 369-9696

as attorney of record in place and stead of:

Cory R. Eichelberger, Esq.
LEWIS & ASSOCIATES, LLC
500 South Rancho Drive, Suite 7
Las Vegas, NV 89106

DATED: 8/14/11

WILMA HERRERA, as Special Co-Administrator of the Estate of JOVITA SALVADOR

DATED: 8/14/11

WILMA HERRERA, individually and as an heir of the Estate of JOVITA SALVADOR

DATED: 8/14/11

SYLVIA GAUSCH, as Special Co-Administrator of the Estate of JOVITA SALVADOR

*Murphy & Murphy Law Offices*
*10191 Park Run Drive, #100*
*Las Vegas, Nevada 89145*
*Telephone (702) 369-9696*
*Facsimile (702) 369-9630*

2

```
DATED: 8/14/10                    _____
                                  CAROLINA SALVADOR, individually and as an
                                  heir of the Estate of JOVITA SALVADOR

DATED: 8/14/10                    _____
                                  SYLVIA GAUSCH, individually and as an heir of
                                  the Estate of JOVITA SALVADOR

DATED: 8/14/10                    _____
                                  EDGARDO SOLIMAN, individually and as an
                                  heir of the Estate of JOVITA SALVADOR
```

I consent to the above substitution:

DATED: 11/21/11                   _____
                                  CORY R. EICHELBERGER, ESQ.

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: 8/13/10                    _____
                                  RICHARD S. JOHNSON, ESQ.
                                  Murphy & Murphy Law Offices

Please check one: ___✓___ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: Nov. 30, 2011              _____
                                  ~~UNITED STATES DISTRICT COURT JUDGE~~
                                  UNITED STATES MAGISTRATE JUDGE

Murphy & Murphy Law Offices
10191 Park Run Drive, #100
Las Vegas, Nevada 89145
Telephone (702) 369-9696
Facsimile (702) 369-9630

3